ESSO STANDARD OIL COMPANY *ET AL.*, PLAINTIFFS, v. CARL HOLDERMAN, COMMISSIONER, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY, DEFENDANT.

NEW JERSEY MANUFACTURERS CASUALTY INSURANCE CO. *ET AL.*, PLAINTIFFS, v. CARL HOLDERMAN, COMMISSIONER, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY, DEFENDANT.

NEW JERSEY MANUFACTURERS CASUALTY INSURANCE CO. *ET AL.*, PLAINTIFFS, v. RAYMOND F. MALE, COMMISSIONER, DEPARTMENT OF LABOR AND INDUSTRY, STATE OF NEW JERSEY, DEFENDANT.

Argued February 18, 1963—Decided March 4, 1963.

*Mr. John W. Fritz* and *Mr. Edward B. Meredith* argued the cause for the appellants (*Messrs. Wharton, Stewart & Davis*, attorneys).

*Mr. Theodore I. Botter* argued the cause for the respondent (*Mr. Arthur J. Sills,* Attorney General, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Conford in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, SCHETTINO and HANEMAN—6.

*For reversal*—None.